The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Enertechnix, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Syn-Fab, Inc., <br><br> Defendant. | NO. C15-744 RSL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING DEFENDANT SYN-FAB, INC. TO FILE A SUPPLEMENTAL REPLY <br><br> NOTE ON MOTION CALENDAR: July 13, 2015 |

## STIPULATION

COME NOW plaintiff Enertechnix, Inc. and defendant Syn-Fab, Inc., through their undersigned counsel, and hereby stipulate as follows:

Upon reviewing Defendant's Reply in Support of its Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. # 15), plaintiff's counsel discovered the wrong document was attached as Exhibit E to the Declaration of George Kychakoff. So, plaintiff's counsel submitted the correct Exhibit E with a Praecipe (Dkt. # 17). To permit defendant to respond to the replacement Exhibit E, the parties have agreed that defendant may file a supplemental reply in support of its motion to dismiss for lack of personal jurisdiction strictly limited to the replacement Exhibit E. Defendant's supplemental reply shall not exceed three pages and shall be filed within 24 hours of the Court entering the order below.

STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING
DEFENDANT SYN-FAB, INC. TO FILE A SUPPLEMENTAL
REPLY - 1
(C15-744 RSL)
5506457.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

DATED this 13th day of July, 2015.

s/ Lawrence D. Graham
Lawrence D. Graham, WSBA #25402
Mark P. Walters, WSBA #30819
LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Telephone: 206.381.3300
Fax: 206.381.3301
Graham@LoweGrahamJones.com
Walters@LoweGrahamJones.com

Attorneys for Plaintiff Enertechnix, Inc.

s/ John A. Knox
John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
jknox@williamskastner.com

Richard M. Gaal
(Admitted *pro hac vice*)
MCDOWELL KNIGHT ROEDDER
& SLEDGE, LLC
11 North Water St., Ste. 13290
Mobile, Alabama 36602
(251) 432-5300
(251) 432-5303 (fax)

Attorneys for Defendant Syn-Fab, Inc.

## ORDER

THIS MATTER having come before the Court on the foregoing Stipulation of the parties and the Court finding good cause, now therefore, it is hereby

ORDERED that within 24 hours of the entry of this Order, defendant may file a supplemental reply in support of its motion to dismiss for lack of personal jurisdiction. The supplemental reply shall not exceed three pages and shall be strictly limited to the replacement Exhibit E plaintiff filed on July 10, 2015.

The Clerk of the Court is directed to forward this Order to counsel of record.

DATED this 17th day of July, 2015.

_____
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER PERMITTING
DEFENDANT SYN-FAB, INC. TO FILE A SUPPLEMENTAL
REPLY - 2
(C15-744 RSL)
5506457.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

Presented By:

s/ John A. Knox
John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
jknox@williamskastner.com

Richard M. Gaal
(Admitted *pro hac vice*)
MCDOWELL KNIGHT ROEDDER
& SLEDGE, LLC
11 North Water St., Ste. 13290
Mobile, Alabama 36602
(251) 432-5300
(251) 432-5303 (fax)

Attorneys for Defendant Syn-Fab, Inc.

s/ Lawrence D. Graham
Lawrence D. Graham, WSBA #25402
Mark P. Walters, WSBA #30819
LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Telephone: 206.381.3300
Fax: 206.381.3301
Graham@LoweGrahamJones.com
Walters@LoweGrahamJones.com

Attorneys for Plaintiff Enertechnix, Inc.

STIPULATION AND [PROPOSED] ORDER PERMITTING
DEFENDANT SYN-FAB, INC. TO FILE A SUPPLEMENTAL
REPLY - 3
(C15-744 RSL)
5506457.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600